No. 47. *In re* ASSESSMENT OF TAXES, ANTONE MANUEL. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 7, 1902. Decided January 18, 1902. (1) 15,800 square feet, north corner Nunanu and Pauahi streets, Honolulu. Returned at $12,000; assessed at $30,000. Reduced by the Tax Court to the amount of the return. (2) 45,990 square feet, Pauoa, Honolulu. Returned at $6000; assessed at $8500. Reduced by Tax Court to the amount of the return. Appeal by Assessor. *Per Curiam.* The appeal is sustained on the first piece on the authority of *In re Assessment of Taxes of Mehrten,* 13 Haw. 677, and the valuation of said property fixed at $24,000, and as to the second piece, the decision of the Tax Appeal Court is affirmed fixing the valuation of the property at $6,000. Perry,

J., dissenting as to first piece: Valuation should be $15,000.
*J. A. Magoon* and *T. I. Dillon* for tax-payer. *Robertson &
Wilder* for Tax Assessor.